1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF OREGON

9    CATHY M. BURSON,                )
                                     )      Civil No. 07-6001-HU
10           Plaintiff,              )
                                     )
11       v.                          )
                                     )
12   MICHAEL J. ASTRUE,              )
     Commissioner of Social          )
13   Security,                       )      JUDGMENT
                                     )
14           Defendant.              )

15   HUBEL, Magistrate Judge.

16

17       Based on the Record,

         IT IS ORDERED AND ADJUDGED that the above captioned case is
18
     reversed and remanded pursuant to sentence four of 42 U.S.C.
19
     Section 405(g).
20
         DATED this 3rd____ day of January, 2008.
21

22                              /s/ Ancer L. Haggerty
                                  Ancer L. Haggerty
23                              United States District Judge

24

25

26

27

28
                                         P:\HUBEL\07-6001judgment.wpd